PROB 12B
(7/93)

Report Date: June 27, 2007

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 02 2007

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Joshua Wayne Perrigo           Case Number: 2:03CR00222-001

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 10/21/2004            Type of Supervision: Supervised Release

Original Offense: Possession with Intent to Distribute More than 500 Grams of Methamphetamine, 21 U.S.C. § 841(a); Forfeiture, 21 U.S.C. § 853

Date Supervision Commenced: 1/6/2006

Original Sentence: Prison - 15 Months; TSR - 60 Months

Date Supervision Expires: 1/5/2011

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

22  You shall participate in the home confinement program with electronic monitoring for 60 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay.

### CAUSE

Joshua Perrigo violated standard condition #8 of his supervised release supervision by frequenting places where controlled substances are illegally sold, used, distributed, or administered, on or about April 28, 2007.

On May 2, 2007, the offender agreed to be interviewed by Drug Enforcement Administration (DEA) special agents in the U.S. Probation Office. Initially, the offender denied transporting illicit drugs or having any knowledge of illicit drug dealing, and/or associating with any person involved in trafficking. Eventually, he admitted to knowing individuals in the community who continue to deal drugs. Specifically, he advised that his cousin asked for a ride to deliver drugs to another individual while in Clarkston, Washington. Mr. Perrigo admitted to viewing the methamphetamine in his cousin's possession before he delivered the narcotic to another individual. This activity occurred while the individual was visiting family in Clarkston, Washington.

The undersigned officer terminated the interview when the offender refused to implicate himself more during questioning with law enforcement. Subsequently, the offender was directed to seek legal advice from defense counsel before answering any more questions. It is noted, Joshua Perrigo was mirandized prior to agreeing to the interview with DEA agents.

AS AN INTERMEDIATE SANCTION: Joshua Perrigo was directed to remain within the Spokane County city limits and not travel to the Lewiston, Idaho or Clarkston, Washington area without receiving permission from the undersigned officer. In addition, he agreed to participate in the home confinement program with electronic monitoring.

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adopted to require Joshua Perrigo to participate in home confinement to include electronic monitoring. The offender appears genuinely remorseful and agreed to adhere to the Court's determination in this matter.

Your Honor, it is hoped that the intermediate sanction imposed meets your expectations. The undersigned officer remains convinced the offender is amenable to supervision. However, in the event that you choose to have a warrant or summons issued, please advise and the undersigned will prepare the appropriate petition and present it for your signature.

Respectfully submitted,

by  *Tommy Ross*

Tommy Rosser
U.S. Probation Officer
Date: June 27, 2007

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

7/2/07

Date

◆PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

22  You shall participate in the home confinement program with electronic monitoring for 60 days. You shall abide by all the requirements of the program, which will include electronic monitoring or other location verification system. You shall pay all or part of the costs of the program based upon your ability to pay.

Witness: _____  Signed: _____
Tommy Rosser                                 Joshua Wayne Perrigo
U.S. Probation Officer                       Probationer or Supervised Releasee

6-15-07
Date